No. 25-4461

**In the United States Court of Appeals for the Ninth Circuit**

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

BINISIO NICOLAS PEREDA,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Central District of California
The Honorable Monica Ramirez Almandani
D.C. No. 2:24-cr-00482-MRA-1

# Appellee's Unopposed Motion for an Extension of Time to File Petition for Panel and/or En Banc Rehearing

AMY M. KARLIN
Interim Federal Public Defender
CAROLINE S. PLATT
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012
(213) 894-2854

*Counsel for Defendant-Appellee*

## Appellee's Unopposed Motion for an Extension of Time to File Petition for Panel and/or En Banc Rehearing

Appellee Binisio Pereda, by and through his attorney of record, Deputy Federal Public Defender Caroline S. Platt, respectfully applies to this Court under Federal Rule of Appellate Procedure 40(d)(1) and Ninth Circuit Rule 31-2.2 for a 30-day extension of time to file a petition for panel rehearing or rehearing en banc, to September 8, 2026. Any petition is currently due on August 6, 2026. This is Mr. Pereda's first request for an extension of time to file a rehearing petition, and he does not anticipate requesting any further extensions of time. The government does not oppose this requested extension.

This motion is based upon the attached Declaration of Counsel, all files and records in this case, and any other information the Court may request.

Appellee is in custody. No court reporter is in default with regard to any designated transcript.

Dated: July 29, 2026

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

/s/ *Caroline S. Platt*
CAROLINE S. PLATT
Deputy Federal Public Defender
*Counsel for Defendant-Appellee*

## DECLARATION OF CAROLINE S. PLATT

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct:

I am a Deputy Federal Public Defender in the Central District of California. I represent Appellee Binisio Pereda in this appeal.

The Court heard oral argument in this case on April 16, 2026. The panel (Paez, Callahan, and Bumatay, JJ.) issued its published opinion reversing the district court on Thursday, July 23, 2026. This case presents substantial and important questions of law under the Fourth Amendment, as reflected by the Court's decision to publish its opinion. *See* Opinion (Doc. 37, July 23, 2026); *see also* Fed. R. App. P. 40(b)(2). The panel decision was 2-1, with a dissent from Judge Paez. *See* Opinion (Doc. 37, July 23, 2026).

Under Federal Rule of Appellate Procedure 40(d)(1), any petition for panel and/or en banc rehearing is currently due on August 6, 2026.

I request an extension of that date for the following reasons: I have recently returned to work from extended medical leave related to eldercare. Before this Court and speaking only in terms of yet-to-be-briefed cases, I represent the appellant in *United States v. Guevara*, No. 25-6975 (joint motion for remand pending), and the appellant in *United States v.*

*Rodriguez Marroquin*, No. 26-3491 (appeal from a 50-year sentence). In addition, I am assisting with the process of training and mentoring newer attorneys in multiple appeals before this Court, involving extensive review, editing, and supervision, as well as assisting more junior attorneys in the Office with various aspects of district court litigation in several different matters. The requested time will allow me to complete my work in other cases, consult with Mr. Pereda, who remains in pretrial custody at MDC-Los Angeles, and, if appropriate, draft and file a petition for rehearing or rehearing en banc in this case. I have exercised diligence in this case and fully expect to file any petition by the requested date.

Yesterday, I corresponded by email with counsel for the government, Assistant United States Attorney William Larsen, regarding the government's position on Mr. Pereda's extension request. AUSA Larsen informed me that the government has no objection to this request.

Appellee is in custody. No court reporter is in default with regard to any designated transcript.

Executed on July 29, 2026, in Santa Monica, California.

/s/ *Caroline S. Platt*
CAROLINE S. PLATT
Deputy Federal Public Defender